**Cornell ROGERS, Plaintiff–Appellant,**

v.

**SOUTHSIDE REGIONAL JAIL, Defendant–Appellee.**

No. 10–6642.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 2, 2010.

Cornell Rogers, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornell Rogers appeals the district court's order dismissing without prejudice

his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rogers v. Southside Regional Jail,* No. 1:09–cv–01232–AJT–IDD (E.D.Va. Apr. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*